TILGHMAN *v.* CULVER, PRISON CUSTODIAN.

No. 135, Misc.   Decided March 28, 1960.

Reported below: —— So. 2d ——.

Petitioner *pro se.*

*Richard W. Ervin,* Attorney General of Florida, and *Reeves Bowen,* Assistant Attorney General, for respondent.

PER CURIAM.

The motion for leave to proceed *in forma pauperis* is granted.   The motion for leave to file a petition for writ of habeas corpus is denied.   Treating the papers submitted as a petition for writ of certiorari, certiorari is granted.   In view of the representations of the Attorney General of Florida that the cause has become moot, the judgment of the Supreme Court of Florida is vacated and the cause is remanded for such further proceedings as that Court may deem appropriate.   See *N. A. A. C. P.* v. *Committee on Offenses Against the Administration of Justice,* 358 U. S. 40.